IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs.                                           CASE NUMBER: 4:15-po-2 (MSH)

JOSEPH L. CAMPBELL

---

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. 4430530

That on or about November 24, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia, JOSEPH L. CAMPBELL, did unlawfully, knowingly, and willfully enter a United States military reservation, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, for a purpose prohibited by lawful regulation governing said reservation, to wit: to circumvent the approved entry procedure of Fort Benning, Georgia as described by Army Regulation 190-16, paragraph 2-3 and the published orders of the Commanding General of Fort Benning, Georgia; all in violation of Title 18, United States Code, Section 1382.

MICHAEL J. MOORE

UNITED STATES ATTORNEY

BY:            COREY J. MACKINNON

SPECIAL ASSISTANT U.S. ATTORNEY